UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 12-72783-WLH |
| | ) | |
| ELBRETTA DESIREE RUTH HOLLIS, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S CHANGE OF ADDRESS

Updated address(es) for:    **ELBRETTA DESIREE RUTH HOLLIS**

Physical Address:    1253 Peacock Avenue
Apt #3
Columbus, Georgia 31906

Mailing Address:    Same as physical address

Furnished by:    **BERRY & ASSOCIATES**
2751 Buford Highway
Suite 400
Atlanta, Georgia 30324

Date:    June 19, 2015